## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PANTHERA PAINTING, INC., | ) Bankruptcy No.: 10-23063-JKF |
| | ) Chapter 11 |
|           Debtor. | ) |
| | ) |
| PANTHERA PAINTING, INC., | ) Bankruptcy Adversary |
| | ) Proceeding No. 10-02425-JKF |
|           Plaintiff, | ) |
| v. | ) Civil Action No. 11-00352-GLL |
| | ) |
| GLENN O. HAWBAKER, INC.; SWANK | ) |
| CONSTRUCTION; CLEARWATER | ) |
| CONSTRUCTION; GULISEK CONSTRUCTION; | ) |
| MOSITES CONSTRUCTION; APPALACHIAN, | ) |
| INC.; J.D. ECKMAN; PALO CONSTRUCTION; | ) |
| KINSLEY CONSTRUCTION; | ) |
| AHERN/KOKOSING CONSTRUCTION; | ) |
| ZOTTOLA CONSTRUCTION; | ) |
| INTERNATIONAL PAINTERS AND ALLIED | ) |
| TRADES INDUSTRY PENSION FUND; | ) |
| I.U.P.A.T. DISTRICT COUNCIL #57 COMBINED | ) |
| FUNDS, | ) |
| | ) |
|           Defendants. | ) |

## ORDER WITHDRAWING THE REFERENCE

AND NOW this _18_ day of _March_, 2011, the Court having considered the Expedited

Joint Motion to Withdraw the Reference, and having given the matter due consideration,

The Motion is hereby is GRANTED, and IT IS ORDERED that:

(i)    Adversary proceeding No. 10-02425-JFK is hereby withdrawn from the Bankruptcy

Court and shall be heard by the District Court at Civil Action No. 09-01382 (Judge Lancaster); and

(ii)    Debtor's Objection filed at Docket No. 163 to the claims of the International Painters

and Allied Trades Pension Fund and the I.U.P.A.T. District #57 Combined Funds is hereby

withdrawn from the Bankruptcy Court and shall be heard by the District Court at Civil Action No. 09-

01382 (Judge Lancaster).

                                                  Chief United States District Judge

BANK_FIN403189-1 017324-147965